```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 02341
   JAY J PETERS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6058

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/01/2008 and was confirmed 04/09/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          937.33            .00             .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00             .00             .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    14974.31            .00             .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED            .00             .00
RECEIVABLE MANAGEMENT IN   UNSECURED          250.00            .00             .00
CITY OF CHICAGO PARKING    UNSECURED          180.00            .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00             .00
COMCAST                    UNSECURED       NOT FILED            .00             .00
CREDIT UNION 1             UNSECURED         1637.02            .00             .00
CREDIT UNION 1             UNSECURED          398.17            .00             .00
PREMIER BANKCARD           UNSECURED          419.98            .00             .00
INTERIM CASH               UNSECURED       NOT FILED            .00             .00
USFC                       UNSECURED       NOT FILED            .00             .00
WALMART                    UNSECURED       NOT FILED            .00             .00
REBA PETERS                NOTICE ONLY     NOT FILED            .00             .00
CREDIT UNION 1             SECURED VEHIC   11750.00          107.90          778.05
CREDIT UNION 1             UNSECURED        1097.89             .00             .00
CREDIT UNION 1             SECURED NOT I   15590.00             .00             .00
CREDIT UNION 1             UNSECURED        3490.51             .00             .00
BIZAR & DOYLE LLC          DEBTOR ATTY      2,850.00                         210.69
TOM VAUGHN                 TRUSTEE                                            95.36
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 1,192.00

PRIORITY                                       .00
SECURED                                     778.05
   INTEREST                                 107.90

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 02341 JAY J PETERS
```

```
UNSECURED                                                       .00
ADMINISTRATIVE                                               210.69
TRUSTEE COMPENSATION                                          95.36
DEBTOR REFUND                                                   .00
                                ----------------    ----------------
TOTALS                                  1,192.00            1,192.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 11/19/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```